JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GUY A. SHAKED INVESTMENTS LTD. AND DAFNI HAIR PRODUCTS, LTD.<br><br>    Plaintiffs,<br><br>  v.<br><br>ELEGANTE BEAUTY DISCOUNT CENTER INC.,<br><br>    Defendant. | Case No. 2:19-cv-10590-AB-AGR<br><br>**[PROPOSED] ORDER FOR PERMANENT INJUNCTION** |

1        Plaintiffs Guy A. Shaked Investments Ltd. and Dafni Hair Products, Ltd.

2    ("Plaintiffs") and Defendant Elegante Beauty Discount Center Inc. (collectively,

3    "the parties") have agreed to the below injunction.  For good cause shown, IT IS

4    HEREBY **ORDERED** that:

5        1.    Elegante Beauty Discount Center Inc. and its parents, subsidiaries,

6    affiliates, officers, directors, agents, servants, employees, attorneys, successors and

7    assigns, and all others in active concert or participation with any of the foregoing

8    are hereby enjoined, pursuant to 35 U.S.C. § 283 and Fed. R. Civ. P. 65(d), from

9    making, using, distributing, shipping, advertising, marketing, offering to sell, or

10   selling within the United States, or importing into the United States, the

11   "Chromatique Professional Hot Straightening Brush," any other heated

12   straightening brush, and any other product that infringes U.S. Patents No.

13   D817,007, 9,578,943, 9,591,906, and/or 9,877,562 (collectively, the "Patents-In-

14   Suit"), either alone or in combination with any other product, including direct or

15   indirect infringement, including contributing to and/or inducing infringement,

16   including assisting, aiding, or abetting any other person or business entity in

17   engaging in or performing any of the activities referred to in this paragraph, or

18   delivering any such products and/or devices in or from the United States, and/or as

19   prohibited by 35 U.S.C. §1 et seq., to any customer under any existing contract or

20   agreement, until after the expiration of the latest to expire of the Patents-In-Suit;

21       2.    Within 14 days of issuance of this order Elegante Beauty Discount

22   Center Inc. will provide written notice of this injunction ordered herein to its

23   parents, subsidiaries, affiliates, officers, directors, agents, servants, employees,

24   attorneys, successors and assigns, and those persons in active concert or

25   participation with them, including any and all persons or entities who have

26   supplied Elegante Beauty Discount Center Inc. with any products covered by

27   Paragraph 1.

28       IT IS FURTHER **ORDERED** THAT Plaintiffs need not post a bond for the

injunctive relief ordered herein.

IT IS FURTHER **ORDERED** THAT this Court retains jurisdiction to enforce this Order and any dispute arising therefrom.

**SO ORDERED.**

DATED: February 06, 2020

_____
Honorable André Birotte Jr.
United States District Judge